In the Interest of C.H., Plaintiff.

F.A.H. (Mother), Appellant,

v.

Missouri Children's Division, Respondent.

No. WD 67318.

Missouri Court of Appeals, Western District.

Feb. 20, 2007.

William P. Devoy, Brookfield, MO, Attorney and guardian ad litem for child.

Frederick Paul Tucker, Macon, MO, for appellant.

Gary Lee Gardner, Asst. Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

F.A.H. appeals the judgment of the trial court terminating her parental rights in C.H.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).